FILED

2008 APR 15 PM 2:06

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

UNITED STATES OF AMERICA, ) Criminal Case No. '08 CR 1166 W
                         )
           Plaintiff,    ) **I N D I C T M E N T**
                         )
      v.                 ) Title 21, U.S.C., Sec. 841(a)(1) -
                         ) Possession of Marijuana with
FELIX HERNANDEZ-CHAVEZ,  ) Intent to Distribute
                         )
           Defendant.    )
_____)

The grand jury charges:

On or about March 14, 2008, within the Southern District of California, defendant FELIX HERNANDEZ-CHAVEZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 86.75 kilograms (191.25 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:em:Imperial
4/14/08