UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 08CR1166-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| FELIX HERNANDEZ-CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **Notice of Motions and Motions for Reciprocal Discovery** and **Leave to File Further Motions** together with the separately captioned **Statement of Facts and Memorandum of Points and Authorities** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

L. Marcel Stewart
Law Office of L. Marcel Stewart
121 Broadway, Suite 349
San Diego, California 92101
Tel:  (619)702-4123
Fax: (619)515-6336
Email: lmslaw@att.net
*Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney