**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1166-W |
| Plaintiff, ) | Date: 6/24/08 |
| ) | Time: 9:00 a.m. |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| Modesta Luisa Magana ) | |
| Defendant. ) | |

  Ms. Magana, by and through counsel, hereby moves this Court to grant the above-captioned motion to shorten time by one day for the reasons set forth in the attached declaration.

Dated: June 11, 2008             Respectfully submitted,

                         */s Timothy A. Scott*

                         **TIMOTHY A. SCOTT**
                         Attorneys for Ms. Magana

**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr1166-W |
| Plaintiff, | Date: 6/24/08 |
| v. | Time: 9:00 a.m. |
| Modesta Luisa Magana | **DECLARATION OF TIMOTHY A. SCOTT** |
| Defendant. | |

1. I am the attorney of record in this case.

2. I am competent to testify in this matter.

3. I write this declaration in support of my request that time be shortened by one day for filing of pre-trial motions.

4. I am currently engaged in a heavily involved federal murder trial in Riverside federal court.

5. Accordingly, I respectfully request time be shortened by one day for the filing of pre-trial motions.

6. I submit that the foregoing is necessary to fairly represent my client in this case. This statement is true and correct to the best of my knowledge this 11th day of May, 2008.

1  _____

2  */s Timothy A. Scott*

3  **TIMOTHY A. SCOTT**

4  Attorneys for Ms. Magana

**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1166-W |
| Plaintiff, ) | Date: |
| ) | Time: |
| v. ) | |
| ) | **ORDER** |
| Modesta Luisa Magana ) | |
| ) | 1) To shorten time by one day for filing of defendant's pre-trial motions. |
| Defendant. ) | |

Upon application of Ms. Magana by and through counsel, and good cause being shown, it is hereby ordered as follows:

1. Time is shortened by one day for the filing of defendant's pre-trial motions.

_____     _____

Date                                               HONORABLE THOMAS J. WHELAN

                                                   District Judge