1  **TIMOTHY A. SCOTT**
   California Bar No. 215074
2  LAW OFFICES OF TIMOTHY A. SCOTT, APC
   433 G. Street, Suite 202
3  San Diego, California 92101
   Telephone: (619) 652-9970
4  Facsimile: (619) 652-9964
   email: timscottlaw@cox.net
5

6  Attorneys for MODESTA LUISA MAGANA

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE THOMAS J. WHELAN)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08cr1166-W |
   |                           | ) |                     |
12 |       Plaintiff,          | ) | Date: 6/24/08       |
   |                           | ) | Time: 9:00 a.m.     |
13 |       v.                  | ) |                     |
   |                           | ) | **NOTICE OF MOTIONS TO: DISMISS** |
14 | MODESTA LUISA MAGANA      | ) | **INDICTMENT; SUPRESS STATEMENTS;** |
   |                           | ) | **SUPPRESS ILLEGAL FRUITS OF ARREST;** |
15 |       Defendant.          | ) | **COMPEL DISCOVERY; SEVER DEFENDANTS** |
   |                           | ) | **SEVER COUNTS; JOINDER; & LEAVE TO** |
16 |_____| ) | **FILE FURTHER MOTIONS.** |

17
   TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, AND JOSEPH J.M.
18         ORABONA, ASSISTANT UNITED STATES ATTORNEY:

19
   PLEASE TAKE NOTICE that on Tuesday, June 24, 2008, before the Honorable Thomas J. Whelan,
20
   at 9:00 a.m., or as soon thereafter as counsel may heard, the defendant, Modesta Luisa Magana by
21
   and through counsel, Timothy A. Scott, will ask this Court to issue an order granting the motions
22
   listed below.
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

MOTIONS

The defendant, Modesta Luisa Magana, by and through counsel, Timothy A. Scott, asks this Court to pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1) Dismiss the Indictment;

2) Suppress Statements;

3) Suppress the Illegal Fruits of her Arrest;

4) Compel Discovery;

5) Sever Co-Defendants;

6) Sever Counts;

7) Joinder; and

8) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may be made available to this Court prior to or during the hearing of these motions.

Dated: June 11, 2008                                             Respectfully submitted,

                                                                 *s/ Timothy A. Scott*

                                                                 **TIMOTHY A. SCOTT**
                                                                 Attorneys for Modesta Luisa Magana