**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: timscottlaw@cox.net

Attorneys for Modesta Luisa Magana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1166-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Date: 6/24/08 |
| v. | ) | Time: 9:00 a.m. |
| | ) | |
| Modesta Luisa Magana | ) | **DECLARATION OF MODESTA LUISA MAGANA** |
| | ) | |
| | ) | |
| Defendant. | ) | |

1.  I am the named defendant in the above captioned matter.

2.  I am competent to testify in this matter.

3.  I write this declaration in support of my request for an evidentiary motion hearing.

4.  On or about May 8, 2008, within the Southern District of California, I was unlawfully arrested and detained.

5.  At some point that day, law enforcement officers employed by the United States government read me my Miranda rights.[1]

6.  I told the officers that I did not wish to speak with them.[2]

7.  I invoked my right to an attorney when I responded that I did not wish to speak

---

[1] *See Discovery*, pg. 22 at p. 17.

[2] *Id.*

with the officers.[3]

8. Even though I said I didn't want to talk, the Agent began discussing my religion with me and the need to be honest.

9. He continued to question me and discuss matters of religion and being honest.[4]

10. Anything after the agent began telling me to be honest and discussing my religion was in response to the agent's continued questions.

11. I did not type this declaration, my attorney did. However I have read it and I adopted as my own. It does not contain every fact that I know about my interrogation and arrest.

12. I respectfully request a hearing to protect my constitutional rights.

This statement is true and correct to the best of my knowledge this *10*th day of *JUNE*, 2008.

_____
*for* TIMOTHY A. SCOTT
**TIMOTHY A. SCOTT**
Attorneys for Ms. Modesta Luisa Magana

x _____
Modesta L. Magana

---

[3] *Id.*

[4] *Id.*