KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile: (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1166-W |
| ) | |
| Plaintiff, ) | Date: June 24, 2008 |
| ) | Time: 9:00 a.m. |
| v. ) | Place: Courtroom 7 |
| ) | |
| FELIX HERNANDEZ-CHAVEZ (1), ) | The Honorable Thomas J. Whelan |
| HUGO MONTES-MARTINEZ (2), ) | |
| MODESTA LUISA MAGANA (3), ) | **NOTICE OF AMENDED MOTIONS AND** |
| JUAN JESUS LIMON (4), ) | **AMENDED MOTIONS FOR:** |
| ) | |
| Defendants. ) | **1)  RECIPROCAL DISCOVERY** |
| ) | **2)  LEAVE TO FILE FURTHER** |
| ) |         **MOTIONS** |
| ) | |
| _____ ) | |

   PLEASE TAKE NOTICE that on June 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court to enter an order granting the following motions.

/ /

/ /

/ /

**AMENDED MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions for:

1. Reciprocal Discovery
2. Leave to File Further Motions

These motions noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: June 17, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney