```
 1  KAREN P. HEWITT
    United States Attorney
 2  JOSEPH J.M. ORABONA
    Assistant U.S. Attorney
 3  California State Bar No.223317
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No.: (619) 557-7736
    Email: joseph.orabona@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1166-W |
| Plaintiff, | ) Date: June 24, 2008 |
| | ) Time: 9:00 a.m. |
| v. | ) Place: Courtroom 7 |
| FELIX HERNANDEZ-CHAVEZ (1), | ) The Honorable Thomas J. Whelan |
| HUGO MONTES-MARTINEZ (2), | ) |
| MODESTA LUISA MAGANA (3), | ) **MOTION TO FILE** |
| JUAN JESUS LIMON (4), | ) **RESPONSE IN OPPOSITION IN** |
| | ) **EXCESS OF TWENTY-FIVE PAGES** |
| Defendants. | ) |

The above-named plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant U.S. Attorney, moves this Court for an order to allow the plaintiff to file its response in opposition (docket no. 28) to Defendants' motions (docket nos. 21, 23, and 25), in the above-captioned case, in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: June 18, 2008.

> Respectfully submitted,
>
> KAREN P. HEWITT
> United States Attorney
>
> /s/ **_Joseph J.M. Orabona_**
> JOSEPH J.M. ORABONA
> Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08CR1166-W |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| FELIX HERNANDEZ-CHAVEZ (1), ) | |
| HUGO MONTES-MARTINEZ (2), ) | |
| MODESTA LUISA MAGANA (3), ) | |
| JUAN JESUS LIMON (4), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' **Motion to File Excess Pages** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart
   Law Office of L. Marcel Stewart
   121 Broadway, Suite 349
   San Diego, California 92101
   Tel: (619)702-4123
   Email: lmslaw@att.net
   *Lead Attorney for Defendant Hernandez*

2. Elizabeth Barros
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101
   Tel: (619) 234-8467
   Email: elizabeth.barros@fd.org
   *Lead Attorney for Defendant Montes*

3. Timothy Scott
   Law Office of Timothy Scott
   1350 Columbia Street
   San Diego, California
   Tel: (619) 794-0451
   Email: timscottlaw@cox.net
   *Lead Attorney for Defendant Magana*

4. Michael E. Burke
   Law Office of Michael Burke
   105 West F Street, 4th Floor
   San Diego, California
   Tel: (619) 234-2503
   Email: burkelaw1@sbcglobal.net
   *Lead Attorney for Defendant Limon*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008.

/s/ **Joseph J.M. Orabona**
JOSEPH J.M. ORABONA
Assistant United States Attorney